UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6707

MELVIN ABDULLAH EL-AMIN,

Plaintiff - Appellant,

versus

DENNIS J. WEAVER, Clerk, Circuit Court for
Washington County, Maryland,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
98-916-CCB)

Submitted: September 30, 1998      Decided: October 15, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Melvin Abdullah El-Amin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Abdullah El-Amin, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (West Supp. 1998) complaint and dismissing the action as frivolous. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. El-Amin v. Weaver, No. CA-98-916-CCB (D. Md. Apr. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2